B6D (Official Form 6D) (12/07)

In re  **Anthony Sealy**                                                                                                 , Case No. **10-33801**
                                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx2156** <br><br>**American Home Mtg Srv**<br>**Please call 1-888-237-9280**<br>**with specific loan number** | | - | Opened 2/01/07  Last Active 11/16/10<br><br>Mortgage<br><br>672 Legion Avenue, New Haven, CT<br>4 family dwelling<br><br>Value $ 90,000.00 | | | | 239,125.00 | 149,125.00 |
| Account No. **xxxxxxxxx1706** <br><br>**Americas Servicing Co**<br>**Attention: Bankruptcy**<br>**Po Box 10328**<br>**Des Moines, IA 50306** | | - | Opened 8/01/04  Last Active 11/15/10<br><br>Mortgage<br><br>46 Westwood Road, New Haven, CT<br>2 family dwelling<br><br>Value $ 190,000.00 | | | | 188,022.00 | 0.00 |
| Account No. **xxxxxxxxx1684** <br><br>**Americas Servicing Co**<br>**Attention: Bankruptcy**<br>**Po Box 10328**<br>**Des Moines, IA 50306** | | - | Opened 5/01/04  Last Active 11/15/10<br><br>25 Parmalee Avenue, New Haven, CT<br>2 family dwelling<br><br>Personal Residence<br><br>Value $ 120,000.00 | | | | 139,914.00 | 19,914.00 |
| Account No. **xxxxxxxxx8218** <br><br>**Americas Servicing Co**<br>**Attention: Bankruptcy**<br>**Po Box 10328**<br>**Des Moines, IA 50306** | | - | Opened 4/01/04  Last Active 11/15/10<br><br>Mortgage<br><br>226 Sherman Avenue, New Haven, CT<br>3 family dwelling<br><br>Value $ 110,000.00 | | | | 136,806.00 | 26,806.00 |
| **2** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 703,867.00 | 195,845.00 |

In re  **Anthony Sealy**                                                                 ,     Case No.  **10-33801**
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx2065** <br><br> **Americas Servicing Co** <br> **Attention: Bankruptcy** <br> **Po Box 10328** <br> **Des Moines, IA 50306** | - | | **Opened 5/01/05  Last Active 11/15/10** <br> **Mortgage** <br> **508 Dixwell Avenue, New Haven, CT** <br> **2 familt dwelling** <br><br> Value $ **60,000.00** | | | | **115,521.00** | **55,521.00** |
| Account No. **xxxxx4743** <br><br> **Bac Home Loans Servici** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | **Opened 5/01/07  Last Active 11/15/10** <br> **Mortgage** <br> **285 Augur Street, Hamden, CT** <br> **One family dwelling** <br><br> Value $ **159,500.00** | | | | **144,676.00** | **0.00** |
| Account No. **xxxxx8378** <br><br> **Bac Home Loans Servici** <br> **450 American St** <br> **Simi Valley, CA 93065** | - | | **Opened 4/01/07  Last Active 11/30/10** <br> **Mortgage** <br> **121 Thompson Street, New Haven, CT** <br> **2 family dwelling** <br><br> Value $ **69,900.00** | | | | **116,867.00** | **46,967.00** |
| Account No. <br><br> **Berdon, Young & Margolis** <br> **132 Temple Street** <br> **New Haven, CT 06510** | - | | **Second Mortgage** <br> **46 Westwood Road, New Haven, CT** <br> **2 family dwelling** <br><br> Value $ **190,000.00** | | | | **35,000.00** | **33,022.00** |
| Account No. <br><br> **City of New Haven** <br> **Office of the Tax Collector** <br> **165 Church Street** <br> **New Haven, CT 06511** | - | | **Tax Lien** <br> **46 Westwood Road, New Haven, CT** <br> **2 family dwelling** <br><br> Value $ **190,000.00** | | | | **7,394.28** | **7,394.28** |
| Sheet __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **419,458.28** | **142,904.28** |

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Anthony Sealy**                                                    ,                Case No.  **10-33801**
                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Greater New Haven WPCA**<br>**157 Church Street**<br>**New Haven, CT 06510** | - | | **Sewer Lien**<br><br>Value $    0.00 | | | | **10,000.00** | **10,000.00** |
| Account No. **xxxx8342**<br><br>**Litton Loan Servicing**<br>**4828 Loop Central**<br>**Houston, TX 77081** | - | | **Opened 12/01/06  Last Active  5/15/09**<br>**Mortgage**<br>**59 Ellsworth Avenue, New Haven, CT**<br>**3 family dwelling**<br>Value $    120,000.00 | | | | **227,665.00** | **107,665.00** |
| Account No. **xxxx9951**<br><br>**Litton Loan Servicing**<br>**4828 Loop Central**<br>**Houston, TX 77081** | - | | **Opened 12/01/06  Last Active 11/17/10**<br>**Mortgage**<br>**280 West Ivy Street, New Haven, CT**<br>**2 family dwelling**<br>Value $    110,000.00 | | | | **169,006.00** | **59,006.00** |
| Account No.<br><br>**RWA**<br>**90 Sargent Drive**<br>**New Haven, CT 06511** | - | | **Water Use Lien**<br><br>Value $    0.00 | | | | **8,000.00** | **8,000.00** |
| Account No. | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)            **414,671.00**    **184,671.00**

Total (Report on Summary of Schedules)   **1,537,996.28**    **523,420.28**

# United States Bankruptcy Court
**District of Connecticut**

In re   **Anthony Sealy**                                                           Case No.  **10-33801**
                                             Debtor(s)                          Chapter    **11**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing document(s), consisting of __**4**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 1, 2011**                  Signature  **/s/ Anthony Sealy**
                                                                                         **Anthony Sealy**
                                                                                         Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                              18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of Connecticut**

In re  **Anthony Sealy**                                                                 Case No.  **10-33801**
Debtor(s)                                                                            Chapter  **11**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 1, 2011**, a copy of Amended Schedule D was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**City of New Haven**

                                                                        **/s/ Peter L. Ressler**
                                                                        **Peter L. Ressler**
                                                                        **Groob, Ressler & Mulqueen, PC**
                                                                        **123 York Street, Suite 1B**
                                                                        **New Haven, CT 06511**
                                                                        **203-777-5741 Fax:203-777-4206**