UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

------------------------------
| IN RE: | ) | CASE NO. | 10-33801 (JBR) |
| | ) | | |
| ANTHONY SEALY, | ) | CHAPTER | 11 |
| | ) | | |
| DEBTOR. | ) | ECF NO. | 223 |
------------------------------

## ORDER DENYING CONFIRMATION OF
## FIRST AMENDED PLAN OF REORGANIZATION (ECF NO. 223)

The Court hereby **DENIES** confirmation of Debtor's First Amended Plan of Reorganization (ECF No. 223). The evening before the Confirmation Hearing, the Debtor filed its Second Amended Plan of Reorganization (ECF No. 252) and submitted ballots (ECF No. 254) demonstrating a sufficient vote to confirm the First Amended Plan. Upon filing of the Second Amended Plan, the Plan, as modified became the Plan (§ 1127(a)). § 1125 must be complied with respect to the Plan as modified. This Court cannot find, based on the Red-Lined Second Amended Plan the Court required to be filed (ECF No. 258) and the Statement of Changes (ECF No. 259), that the changes between the First and Second Amended Plans are insubstantial and that the First Amended Plan ballots should be accepted as votes for the Second Amended Plan. This is particularly true because of the substantially increased cash need to meet the modified plan payments.

Should the Debtor wish to pursue Confirmation of his Second Amended Plan, he is hereby **ORDERED** to file a Disclosure Statement with respect to the Second Amended Plan no later than July 31, 2013. Said Disclosure Statement should contain evidence of feasibility including current financial data and projections.

Dated at New Haven, Connecticut this 22nd day of July, 2013.

_____
Joel B. Rosenthal
United States Bankruptcy Judge