UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In Re:  ANTHONY SEALY

                Debtor

Chapter 11
:Case No. 10-33801
:
:

## ORDER CONFIRMING MODIFIED SECOND AMENDED PLAN OF REORGANIZATION

The plan under Chapter 11 of the Bankruptcy Code filed by the debtor, Anthony Sealy, on December 14, 2012, was further amended by a Modified Second Amended Plan filed on November 5, 2013.  Pursuant to Bankruptcy Rule 3019, while a summary of the plan was transmitted to creditors, however, the court finds that the Modified Second Amended Plan does not adversely change the treatment of the claim of any creditor or equity security holder;

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. Section 1129 (a) have been satisfied;

IT IS ORDERED, that:

The Modified Second Amended Plan filed by the debtor, Anthony Sealy, on November 5, 2013, is confirmed.  The Debtor will make all payments by confirmation that are due the US Trustee and will continue to make payments that accrue up the effective date as well as though the date of the final decree.

IT IS FURTHER ORDERED that the debtor shall file a Final Report with an Application for Final Decree no later than January 15, 2014 unless that time is extended by the order of the court.

Dated: November 12, 2013                               BY THE COURT

*Julie A. Manning*
Julie A. Manning
United States Bankruptcy Judge