UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:
ANTHONY SEALY                                                     : CHAPTER 11
    DEBTOR                                              : CASE NO. 10-33801

THE BANK OF NEW YORK MELLON f/k/a THE BANK
OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE
CERTIFICATEHOLDERS OF THE CWABS INC.,
ASSET-BACKED CERTFICATES, 2007-11
    MOVANT                                              : DOC. I.D. NO. 328, 290
VS
ANTHONY SEALY
    DEBTOR                                              :

<u>ORDER GRANTING THE BANK OF NEW YORK MELLON f/k/a THE
BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE
FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS INC.,
ASSET-BACKED CERTIFICATES, 2007-11' s REQUEST PURSUANT TO 11 USC§362(j)
FOR ORDER CONFIRMING THAT AUTOMATIC STAY IS NOT IN EFFECT</u>

The request of THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTFICATES, 2007-11 (Doc. No. 328), having been presented and considered by this Court, it is hereby ORDERED that the automatic stay provisions of 11 USC § 362 are not in effect.

Dated: August 13, 2014                                              BY THE COURT

*Julie A. Manning*
Julie A. Manning
United States Bankruptcy Judge