# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
December 5, 2016

In re:

   Anthony Sealy

                  Debtor*

Case Number: 10–33801 amn
Chapter: 11

### Order to Show Cause

    IT IS HEREBY ORDERED, that Counsel for US Bank National Association, as Trustee, and the debtor Anthony Sealy shall appear on January 4, 2017 at 10:00 AM at the United States Bankruptcy Court, Connecticut Financial Center, 157 Church Street, 18th Floor, New Haven, CT 06510, and show cause to address the status of this chapter 11 case and show cause why this case should not be converted to a case under chapter 7, or dismissed, for cause, including without limitation the debtor's material default pursuant to a confirmed chapter 11 plan; and, it is further

    ORDERED, that the Clerk's Office shall serve this order by this Court's CM/ECF system, upon Debtor's Counsel, the case trustee, the Office of the United States Trustee, all creditors, parties in interest, and all parties appearing or otherwise requesting notice in this case.

Dated: December 5, 2016

BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 137 – es

*For the purposes of this order, "Debtor" means "Debtors" where applicable.