# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ANTHONY SEALY | : | CASE NO. 10-33801 (AMN) |
| | : | |
| DEBTOR | : | SEPTEMBER 22, 2017 |

**DEBTOR'S MOTION TO REOPEN CASE PURSUANT TO 11 U.S.C. §350 TO FILE A REQUEST FOR ENTRY OF DISCHARGE PURSUANT TO 11 U.S.C. §1141(d)(5)(B).**

Anthony Sealy, (hereinafter the "Debtor"), by undersigned counsel, moves, pursuant to 11 U.S.C. §350, to reopen Debtor's bankruptcy case, Case Number 10-33801, for the purpose of filing a Request For Entry of Discharge and in support hereof states at follows:

1.  The Court has jurisdiction of this matter pursuant to 11 U.S.C. §350 and 28 U.S.C. §1334 and this matter is a core proceeding as defined in 28 U.S.C. §157(b)(2)(g).

2.  The Debtor filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code on December 23, 2010.

3.  A hearing was held on July 5, 2017 whereby the Court ordered that this case be closed. The Court further ordered that the Debtor may file a Motion to Reopen the case for the purpose of seeking a bankruptcy discharge without the requirement to pay another filing fee.

**WHEREFORE**, the Debtor requests that this Court reopen the bankruptcy case so that a Request for Entry of Discharge may be made.

**THE DEBTOR**,
ANTHONY SEALY

/s/ Suzanne B. Sutton
Suzanne B. Sutton, Esq. (ct03506)
COHEN AND WOLF, P.C.
657 Orange Center Road
Orange, CT 06477
Telephone: 203-298-4066
Facsimile: 203-298-4068
Email: ssutton@cohenandwolf.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

_____
                                   )
IN RE                              )        CHAPTER 11
                                   )
ANTHONY SEALY,                 )        CASE NO. 10-33801 (AMN)
                                   )
    Debtor.                         )        SEPTEMBER 22, 2017

### PROPOSED ORDER GRANTING DEBTOR'S MOTION TO REOPEN CASE

Upon the Motion by the Debtor to Reopen Case dated September 22, 2017 (the "Motion"), and due notice of the Motion having been given and good cause appearing thereby, it hereby:

**ORDERED** that this Chapter 11 case is reopened; and it is further

**ORDERED** that the fee to reopen the case shall be waived.

Dated at New Haven, Connecticut this ____ day of _____, 2017.

By_____
      The Honorable Ann M. Nevins
      United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

_____
                                        )
IN RE                                   )    CHAPTER 11
                                        )
ANTHONY SEALY ,                         )    CASE NO. 20-3801 (AMN)
                                        )
            DEBTOR.                     )    SEPTEMBER 22, 2017

## NOTICE OF CONTESTED MATTER RESPONSE DATE

Suzanne B. Sutton, counsel for the debtor, Anthony Sealy (the "Movant"), has filed a Motion to Reopen Case (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than October 6, 2017.* In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. § 102(1).

Date: September 22, 2017

                                    **THE DEBTOR**,
                                    ANTHONY SEALY

                                    /s/  Suzanne B. Sutton
                                    Suzanne B. Sutton, Esq. (ct03506)
                                    COHEN AND WOLF, P.C.
                                    657 Orange Center Road
                                    Orange, CT 06477
                                    Telephone: 203-298-4066
                                    Facsimile: 203-298-4068
                                    Email: ssutton@cohenandwolf.com

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

## **CERTIFICATION OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 22nd day of September, 2017, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below.

1. **Documents Served:**

    1. Motion
    2. Proposed Order
    3. Notice of Contested Matter

*Via Electronic Notice of Filing:*

Tracy F. Allen    BKECF@bmpc-law.com

Peter A. Berdon    peter@bymlaw.com

Andrew S. Cannella    bkecf@bmpc-law.com

William R. Dziedzic    BKECF@bmpc-law.com

Ana M. Fidalgo    lisa@charlesthompsonlaw.com

Gerald A. Gordon    Gerry.gordon@norcom-usa.com

Nathan Grant Johnson    njohnson@shslawfirm.com, bkdept@shslawfirm.com

Martin A. Mooney    tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com

Martin A. Mooney    TWright@deilylawfirm.com

Claudia M. Sklar    csklar@oamlaw.com, vricci@oamlaw.com

Linda St. Pierre    bankruptcy@huntleibert.com, lstpierre@huntleibert.com

U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV

*Via U. S. First Class Mail:*

Anthony Sealy
25 Parmelee Avenue
New Haven, CT 06511

Holley L. Claiborn
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

PRA Receivables Management, LLC for
Portfolio Recovery Associates, LLC
Attn:  President
P.O. Box 41067
Norfolk, VA 23541-1067

Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Specialized Loan Servicing, LLC
Attn:  President
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129

THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW
c/o Shellpoint Mortgage Servicing
Attn:  President
PO Box 10826
Greenville, SC 29603

/s/Suzanne B. Sutton